UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 57988

    THOMAS L JONES
    CARMENE A JONES                              CHAPTER 13

                                        JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-1320    SSN XXX-XX-5014

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 10/15/2005 and was confirmed 12/19/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 01/08/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 12628.58 | 419.84 | 12628.58 |
| AMALGMATED BANK | UNSECURED | 2656.12 | .00 | 2656.12 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2583.45 | .00 | 2583.45 |
| CAPITAL ONE | UNSECURED | 1452.30 | .00 | 1452.30 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 155.42 | .00 | 155.42 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8280.15 | .00 | 8280.15 |
| DIRECT MERCHANTS BANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | NOT FILED | .00 | .00 |
| FNAC | UNSECURED | NOT FILED | .00 | .00 |
| FLEET CARD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1168.54 | .00 | 1168.54 |
| MARATHON PETROLEUM | UNSECURED | 209.97 | .00 | 209.97 |
| PATHOLOGY ASSOC OF CHICA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENCE FINANCIAL LLC | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENCE FINANCIAL LLC | UNSECURED | 17395.96 | .00 | 17395.96 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 464.99 | .00 | 464.99 |
| CAPITAL ONE | UNSECURED | 521.37 | .00 | 521.37 |
| WASHINGTON MUTUAL | MORTGAGE ARRE | 1413.94 | .00 | 1413.94 |
| ROUNDUP FUNDING LLC | UNSECURED | 9463.90 | .00 | 9463.90 |
| INTERNAL REVENUE SERVICE | UNSECURED | 6622.45 | .00 | 6622.45 |
| ECAST SETTLEMENT CORP | UNSECURED | 1707.63 | .00 | 1707.63 |
| CAPITAL ONE | SECURED NOT I | 112.92 | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 1,700.00 | | 1,700.00 |
| TOM VAUGHN | TRUSTEE | | | 4,321.04 |
| DEBTOR REFUND | REFUND | | | 252.51 |

    Summary of Receipts and Disbursements:

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 57988 THOMAS L JONES & CARMENE A JONES

```
---------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                 73,418.16

PRIORITY                                    12,628.58
     INTEREST                                  419.84
SECURED                                      1,413.94
UNSECURED                                   52,682.25
ADMINISTRATIVE                               1,700.00
TRUSTEE COMPENSATION                         4,321.04
DEBTOR REFUND                                  252.51
                        ---------------     ---------------
TOTALS                  73,418.16           73,418.16
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 05/27/08          _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE